JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ. (001768)
MICHEAL J. BROCK, ESQ. (009353)
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA M. GREENE,<br><br>Plaintiff,<br><br>vs.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; AURORA LOAN SERVICES, LLC, a foreign entity; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a foreign corporation; DOES I through X and ROE CORPORATIONS XI through XX,<br><br>Defendants, | CASE NO.: 2:12-cv-00765-APG-CWH |

## ORDER GRANTING JOHN PETER LEE, LTD.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

JOHN PETER LEE, LTD.'s, (the "Firm") Motion having come on for hearing, and the Court having reviewed the motion and heard the arguments therein, and good cause appearing:

IT IS HEREBY ORDERED that the Firm's Motion is hereby GRANTED.

DATED this __18__ day of September, 2013.

_____
U.S. Magistrate Judge Carl W. Hoffman

Submitted by:

JOHN PETER LEE, LTD.

BY:  /s/Micheal J. Brock
JOHN PETER LEE, ESQ. (001768)
MICHEAL J. BROCK, ESQ. (009353)
Attorneys for Plaintiff