ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572

*Attorneys for Defendant*
*Aurora Loan Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA M. GREENE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, a foreign corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a foreign corporation; AURORA LOAN SERVICES, LLC, a foreign entity; FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE, a foreign corporation; DOES I-X and ROE CORPORATIONS XI-XX,<br><br>　　　　Defendants. | Case No.: 2:12-cv-00765-APG-CWH<br><br>**ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

　　　　Defendant Aurora Loan Services, LLC filed a motion to dismiss plaintiff Angelina Greene's complaint for failure to state a claim [**Dkt. 33**]

　　　　Aurora filed the motion on **December 4, 2013**. Greene's response was due for filing and service no later than **December 19, 2013**. As of this date, Greene has yet to file a response to the motion.

　　　　Defendants Mortgage Registration Systems, Inc. and Federal National Mortgage Association filed a Joinder to Aurora's Motion to Dismiss (Dkt. #36). Although Defendant Cal-Western Reconveyance Corporation ("Cal-Western") did not join in the motion, the Court finds that the arguments asserted in the motion likewise apply to Cal-Western. *Omar v. Sea-Land Serv., Inc.*,

813 F.2d 986, 991 (9th Cir. 1987) (trial court may dismiss claims sua sponte pursuant to Rule 12(b)(6) without notice where a claimant cannot possibly win relief) (citing *Wong v. Bell*, 642 F.2d 359, 362 (9th Cir. 1981).

The Court having considered the papers and pleadings on file and good cause appearing therefore, makes the following order:

**IT IS HEREBY ORDERED** that Aurora's motion to dismiss for failure to state a claim (Dkt. #33) is GRANTED.

**IT IS FURTHER ORDERED** that the Complaint is dismissed as to all defendants.

Dated: March 17, 2014.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**
Akerman LLP

/s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Aurora Loan Services, LLC*